**Order entered February 13, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01472-CR

**ROY RODGERS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F-1158855-Y**

## ORDER

The Court **GRANTS** court reporter Sharon Hazlewood's February 10, 2013 request for an extension of time to file the reporter's record. We **ORDER** Ms. Hazlewood to file the complete reporter's record by **MONDAY, MARCH 4, 2013**.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Sharon Hazlewood, official court reporter, Criminal District Court No. 7, and to counsel for all parties.

/s/    LANA MYERS
        JUSTICE